## DISTRICT COURT OF MARYLAND FOR ____

**LOCATED AT (COURT ADDRESS)**
14735 Main Street Bourne Wing
Upper Marlboro, MD 20772

**CASE NO.** CV

### PARTIES

**Plaintiff**
Henry J. Clarks
7 Mattawoman Way
Accokeek, Maryland 20607

vs.

**Defendant(s):**
1. CT Corporation System
1999 Bryan St. STE 900
Dallas Texas, 75201
Reg. Agent Experian

Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. RECEIVED AUG 19 '16

Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. DIST. CT. 5-2 (MRH)

Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4.

Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

### ATTORNEYS
For Plaintiff - Name, Address, Telephone Number & Code

### COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT
☒ $5,000 or under ☐ over $5,000 ☐ over $10,000

Clerk: Please docket this case in an action of ☒ contract ☐ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:
Defendant has committed negligent and willful failure to reinvestigate the below Disputed Entries in violation of sections 611(a), 616, and 617 of the FCRA, 15 U.S.C. §§ 1681i(a), 1681n, 1681o

Disputed • Discover- Acct. no. 6011005068686008, Bal: $17826 :
- Chase Freedom- Acct. no. 4121383105765297 Bal: 11923
- Chase Slate- Acct. no. 4266841371057421, Bal: $8828
- Chase-Freedom- Acct. no. 4262905100821821, Bal: $12248
- Citi- Acct. no. 5410654947383219, Balance: $26979
- Bank of America- Acct. no. 5466320954679971, Bal: $24491
- Bank of America- Acct. no. 4313072117824113, bal: $24468

Plaintiff seeks damages for: 1.) Defamation, 2.) Negligent Enablement of Identity Fraud, 3.) Violation of the Fair Credit Reporting Act

(See Continuation Sheet)

The Plaintiff claims $ 5000.00 _____, plus interest of $ 0 _____, Interest at the ☐ legal rate ☐ contractual rate calculated at _____ %, from _____ to _____ ( _____ days x $ _____ per day) and attorney's fees of $ _____ plus court costs.

☐ Return of the property and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code
Printed Name: Henry CLARKS
Address: 7 MATTAWOMAN WAY
Telephone Number: 301 873 4895
Fax: 301 482 0505
E-mail: HC-CLARKS@AOL.COM

### MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: _____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military

☒ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

8/19/16    _Signature_
Date                                              Signature of Affiant

### APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ Henry Clarks of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

8/19/16    _Signature_
Date                                              Signature of Affiant

DC-CV-001 (front) (Rev. 01/2016)