IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HENRY J. CLARKS, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. PWG-17-151 |
| | * |
| EXPERIAN INFORMATION SOLUTIONS, INC., | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Pending is the Motion to Dismiss that Defendant Experian Information Solutions, Inc. ("Experian") filed, ECF No. 18. Plaintiff Henry J. Clarks, proceeding *pro se*, responded on April 20, 2017 with a one-page letter acknowledging that, after he filed his Second Amended Complaint alleging that Defendant failed to investigate and correct inaccuracies in its credit reports following multiple requests by Plaintiff to do so, Defendant made "corrective changes" to his credit report that he found "satisfactory," and conceding that "a motion to dismiss the [case] is understandable and appears reasonable and no further action is anticipated by Plaintiff." ECF No. 21.

Accordingly, it is this 23rd day of August, 2017, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's April 20, 2017 letter, which is construed as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), IS APPROVED;

2. This case IS DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i);

3. The Clerk SHALL CLOSE this case; and

4. The Clerk SHALL SEND a copy of this Order to Plaintiff.

                                                    _____/S/_____
                                                    Paul W. Grimm
                                                    United States District Judge